IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Case No. 3:23-cr-6-KRG-KAP |
| | :          and |
| RAHEEM HURST, | : Case No. 3:23-cr-3-KRG-MJH-26 |
| SAMANTHA JONES, | : Case No. 3:23-cr-3-KRG-MJH-28 |
| LEAH JACKSON, | : Case No. 3:23-cr-3-KRG-MJH-27 |
| Defendants | : |

Memorandum Order

The three defendants above were arrested on a complaint that led to an indictment at Case No. 3:23-cr-6-KRG-KAP. That indictment was dismissed on the government's motion on February 26, 2024, *see* ECF no. 91 at Case No. 3:23-cr-6-KRG-KAP, because the defendants had been charged in a superseding indictment at Case No. 3:23-cr-3-KRG-MJH, which remains pending.

No one formally incorporated the conditions of release that had been imposed at Case No. 3:23-cr-6-KRG-KAP into Case No. 3:23-cr-3-KRG-MJH. To remove any doubt, the conditions of release imposed in Case No. 3:23-cr-6-KRG-KAP remain in effect as to these defendants. If anyone seeks any modification of those conditions they should do so by motion filed in Case No. 3:23-cr-3-KRG-MJH.

DATE: January 28, 2025

Keith A. Pesto,
United States Magistrate Judge

Notice by ECF to:

counsel of record, Pretrial Services, United States Marshal Service